AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States of America
v.

Juan Ernesto TAPIA Gomez
COB: Mexico
YOB: 1998

*Defendant(s)*

Case No. M-18-2334-M

United States District Court
Southern District of Texas
FILED
NOV 13 2018
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **11/11/2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 8.14 kilograms of cocaine, a Schedule II controlled substance. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 8.14 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

*Complainant's signature*

Ali Muhiuddin, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-13-18

City and state: McAllen, TX

*Judge's signature*

U.S. Magistrate judge J. Scott Hacker
*Printed name and title*

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On November 11, 2018, Juan Ernesto TAPIA Gomez (Mexican National) while driving a vehicle applied for admission into the United States (US) at the Hidalgo, Texas, Port of Entry (POE).

A primary Customs and Border Protection Officer (CBPO) obtained a negative declaration for drugs and other items from TAPIA and referred him to secondary inspection.

At secondary, a CBPO obtained a negative declaration for drugs and other items from TAPIA.

A CBP K-9 alerted to the odor of controlled substances in the vehicle. A subsequent Z-Portal scan indicated anomalies in the passenger side rear quarter panel of the vehicle.

CBPO's extracted seven brick shaped packages wrapped in black tape from the rear side passenger quarter panel of the vehicle, which collectively weighed 8.14 kilograms and field tested positive for cocaine.

On November 11, 2018 Homeland Security Investigations (HSI) Special Agent (SA) Ali Muhiuddin, HSI Task Force Officer (TFO) Mark Quintanilla and additional HSI personnel interviewed TAPIA, who waived his Miranda Rights in writing and stated the following in summary:

Unidentified individuals in Mexico suggested if TAPIA cared about his family he should transport narcotics to the United States. TAPIA considered this an indirect threat. On November 11, 2018, TAPIA dropped off his vehicle at an unidentified automotive shop in Mexico. TAPIA subsequently retrieved the vehicle knowing it contained an unknown type and quantity of narcotics before attempting to enter the US. TAPIA was unsure if he would be compensated for smuggling the narcotics.